■ The People of the State of New York, Respondent, v Willie Butler, Appellant. [808 NYS2d 670]—

Judgment, Supreme Court, New York County (Robert H. Straus, J.), rendered April 26, 2004, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 20 years to life, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Gaimari*, 176 NY 84, 94 [1903]).

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion (*see People v Hayes*, 97 NY2d 203 [2002]; *People v Walker*, 83 NY2d 455, 458-459 [1994]; *People v Pavao*, 59 NY2d 282, 292 [1983]). The court permitted inquiry only into a portion of defendant's extensive criminal record, and the theft-related convictions about which the court permitted inquiry were highly probative of defendant's credibility.

Defendant's constitutional challenge to the procedure under

which he was sentenced as a persistent violent felony offender is unpreserved for appellate review and, in any event, is without merit (*see People v Rosen,* 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]). Defendant's mandatory sentence was based entirely on his prior convictions (*see Almendarez-Torres v United States,* 523 US 224 [1998]). Concur—Mazzarelli, J.P., Saxe, Nardelli, Sweeny and McGuire, JJ.